IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FRANKIE J. OWEN,

    Plaintiff,

v.                                                       Civ. No. 19-1222 KG-SMV

CURRY COUNTY DETENTION CENTER,

    Defendant.

## FINAL JUDGMENT

    Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

    IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Civil Rights Complaint (Doc. 1) is dismissed without prejudice.

                                                            _____
                                                             UNITED STATES DISTRICT JUDGE